**Myrla Rowe, defendant in error, v. Eva Black et al., plaintiffs in error. Gen. No. 6,730.**

Bill for partition of real estate. Decree for complainant. Error to the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

Reynolds & Reckhow, for plaintiffs in error. Roy F. Hall and J. E. Goembel, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Georgina S. Bingham, appellant, v. Frank H. DeArment, appellee. Gen. No. 6,754.**

Petition to vacate an order dismissing an appeal from judgment of justice of the peace. Petition denied. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

Fisher, North, Welsh & Linscott, for appellant. A. Philip Smith, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Tony Domenicantonio, administrator, appellee, v. Clarence E. Fort, appellant. Gen. No. 6,719.**

Action for death of pedestrian struck by automobile while crossing street. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

Fisher, North, Welsh & Linscott, for appellant. Roy F. Hall, for appellee.

Mr. Justice Dibell delivered the opinion of the court.

---

**William J. Weeks, administrator, appellee, v. Eugene J. La Marre, executor, appellant. Gen. No. 6,720.**

Action to recover for services as housekeeper and nurse. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1919. Judgment modified and affirmed. Opinion filed March 9, 1920.

J. Bert Miller, for appellant. W. R. Hunter and Wayne H. Dyer, for appellee.

Mr. Justice Dibell delivered the opinion of the court.

---

**Earl R. Palmer et al., plaintiffs in error, v. The Bull Dog Auto Fire Insurance Association, defendant in error. Gen. No. 6,735.**

Action for loss of an automobile by theft on policy of insurance. Judgment for defendant. Error to the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

Arthur Keithley, for plaintiffs in error. Clarence W. Heyl and Harry C. Heyl, for defendant in error.

Mr. Justice Dibell delivered the opinion of the court.